IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FARMERS INSURANCE EXCHANGE, )
                            )
     Plaintiff,             )
                            )     CIVIL ACTION NO.
     v.                     )      2:08cv501-MHT
                            )           (WO)
JAYANTIBHAI PATEL, as       )
Administrator of the        )
Estates of Devchandbhai     )
Patel and Parvatiben Patel, )
                            )
     Defendant.             )
```

OPINION

In this lawsuit, plaintiff Farmers Insurance Exchange seeks a declaration that defendant Jayantibhai Patel, as administrator of the estates of Devchandbhai Patel and Parvatiben Patel, is not entitled to uninsured-motorist benefits under the following policies of insurance issued to Patel by Farmers Insurance: policy numbers 50169424036; 50166000476;50157892754; 50157834246; 50147126326; 50152240717; and 50169350734. The court has diversity-of-citizenship jurisdiction pursuant to 28

U.S.C. § 1332.  Farmers Insurance seeks summary judgment in its favor.  Patel has conceded that summary judgment should be entered in favor of the insurance company.

An appropriate will be entered.

DONE, this the 18th day of November, 2008.

                                      /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**