IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

FARMERS INSURANCE EXCHANGE, )
                            )
     Plaintiff,             )
                            )          CIVIL ACTION NO.
     v.                     )           2:08cv501-MHT
                            )               (WO)
JAYANTIBHAI PATEL, as       )
Administrator of the        )
Estates of Devchandbhai     )
Patel and Parvatiben Patel, )
                            )
     Defendant.             )

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Farmers Insurance Exchange's motion for summary judgment (Doc. No. 13) is granted.

(2) Judgment is entered in favor of Farmers Insurance Exchange and against defendant Jayantibhai Patel, as administrator of the

estates of Devchandbhai Patel and Parvatiben Patel.

(3) It is DECLARED that defendant Jayantibhai Patel, as administrator of the estates of Devchandbhai Patel and Parvatiben Patel, is not entitled to uninsured-motorist benefits under the following policies of insurance issued to defendant Patel by plaintiff Farmers Insurance Exchange: policy numbers 50169424036; 50166000476; 50157892754; 50157834246; 50147126326; 50152240717; and 50169350734.

It is further ORDERED that costs are taxed against defendant Jayantibhai Patel, as administrator of the estates of Devchandbhai Patel and Parvatiben Patel.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 18th day of November, 2008.

　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE